■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL ROSARIO, Appellant. [838 NYS2d 446]—Appeal by the defendant from a resentence of the County Court, Rockland County (Kelly, J.), imposed August 5, 2005, upon his conviction of criminal sale of a controlled substance in the first degree, upon his plea of guilty.

Ordered that the resentence is affirmed.

While the Drug Law Reform Act permits the defendant to appeal his resentence on the basis that it was excessive (*see* L 2004, ch 738, § 23), the defendant expressly accepted the court's resentence offer and, thus, has no basis to now complain that the resentence was excessive (*see People v Guzman,* 37 AD3d 615, 616 [2007]; Penal Law § 70.71 [3] [b] [i]). Rivera, J.P., Spolzino, Fisher, Lifson and Dickerson, JJ., concur.